**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KESSLER, GEORGE L § Case No. 05-70921
      KESSLER, MELANIE E §
        §
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 10, 2009. The undersigned trustee was appointed on October 28, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $ 4,000.96

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 4,000.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     6. The deadline for filing non-governmental claims in this case was 04/27/2010 and the deadline for filing governmental claims was 04/27/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $500.12, for a total compensation of $500.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/10/2011    By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-70921  
**Case Name:** KESSLER, GEORGE L  
KESSLER, MELANIE E  
**Period Ending:** 02/10/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/10/09 (c)  
**§341(a) Meeting Date:** 07/16/09  
**Claims Bar Date:** 04/27/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor(s) residence 30411119 W. Rolling Lane, -M | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account l accounts, certificates of , o | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | household goods g audio, video, and computer Deb | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | books, pictures, and art objects | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel 21 Doc 1 Filed 03/04/05 Entered | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | furs and jewelry Debtor(s) possession | 550.00 | 0.00 | DA | 0.00 | FA |
| 7 | firearms, sports equipment, bicycles, | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K/Retirement fund pension or profit sharing p | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2003 Hyundai Sana Fe vehicles and accessories. p (See Footnote) | 19,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10 | 2000 Honda Civic possession | 9,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 11 | Debtors Residence, obe1119 W. Rolling Lane, AdM | 158,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.96 | FA |
| 12 | **Assets**    Totals (Excluding unknown values) | **$359,150.00** | **$4,000.00** | | **$4,000.96** | **$0.00** |

RE PROP# 9   Debtor pursuant to Order is to make 11 - $166.67 payments and one payment of $166.63 on June 15, 2011

**Major Activities Affecting Case Closing:**

THIS CASE WAS CONVERTED FROM A CHAPTER 13 ON JUNE 10, 2009.

**Initial Projected Date Of Final Report (TFR):**   May 31, 2011    **Current Projected Date Of Final Report (TFR):**   February 10, 2011  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-70921  
**Case Name:** KESSLER, GEORGE L  
KESSLER, MELANIE E  
**Taxpayer ID #:** **-***4612  
**Period Ending:** 02/10/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-65 - Money Market Account  
**Blanket Bond:** $166,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | {9} | George and Melanie Kessler | payment on personal property | 1129-000 | 2,000.00 | | 2,000.00 |
| 04/21/10 | 1001 | George and Mealnie Kessler | monies returned to debtor Voided on 06/07/10 | 1129-000 | -2,000.00 | | 0.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 0.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 0.17 |
| 06/07/10 | 1001 | George and Mealnie Kessler | monies returned to debtor Voided: check issued on 04/21/10 | 1129-000 | 2,000.00 | | 2,000.17 |
| 06/17/10 | {10} | George and Melanie Kessler | payment on car | 1129-000 | 2,000.00 | | 4,000.17 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 4,000.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,000.57 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,000.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.90 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.93 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.96 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,000.96 |
| 02/10/11 | | To Account #9200******3366 | transfer to close money market account | 9999-000 | | 4,000.96 | 0.00 |

|  | Receipts | Disbursements |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,000.96 | 4,000.96 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,000.96 | |
| **Subtotal** | 4,000.96 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,000.96** | **$0.00** | |

{} Asset reference(s)

Printed: 02/10/2011 07:00 AM    V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-70921  
**Case Name:** KESSLER, GEORGE L  
KESSLER, MELANIE E  
**Taxpayer ID #:** **-***4612  
**Period Ending:** 02/10/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******33-66 - Checking Account  
**Blanket Bond:** $166,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/11 | | From Account #9200******3365 | transfer to close money market account | 9999-000 | 4,000.96 | | 4,000.96 |
| | | | **ACCOUNT TOTALS** | | **4,000.96** | **0.00** | **$4,000.96** |
| | | | Less: Bank Transfers | | 4,000.96 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 4,000.96 | 0.00 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 0.00 | 4,000.96 |
| | **$4,000.96** | **$0.00** | **$4,000.96** |

{} Asset reference(s)

Printed: 02/10/2011 07:00 AM    V.12.56

Printed: 02/10/11 07:00 AM

# Claims Distribution Register

Page: 1

### Case: 05-70921    KESSLER, GEORGE L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| 3S | 03/21/05 | 100 | LVNV Funding LLC assignee of Chase Bank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 3S is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 66.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | 03/21/05 | 100 | Wells Fargo Bank<br>Consumer Loan Collection Center<br>P.O. Box 29704<br>Phoenix, AZ 85038<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 6 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Etate. | 6,731.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11S | 03/31/05 | 100 | Hyundai Motor Finance Co<br>PO Box 20809<br>Fountain Valley, CA 92728<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 11S is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 16,720.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:    0% Paid** | **$23,518.84** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$23,518.84** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Admin Ch. 7 Claims:**

| | 06/10/09 | 200 | Barrick, Switzer Law Firm<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,371.00 | 1,371.00 | 0.00 | 1,371.00 | 1,371.00 |
| | 06/10/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation><br>The Trustee is voluntarily reducing his fees by one-half of the amount allowable. | 1,000.24 | 500.12 | 0.00 | 500.12 | 500.12 |
| | | | **Total for Priority 200:    100% Paid** | **$2,371.24** | **$1,871.12** | **$0.00** | **$1,871.12** | **$1,871.12** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,371.24** | **$1,871.12** | **$0.00** | **$1,871.12** | **$1,871.12** |

**Unsecured Claims:**

| 1 | 03/14/05 | 610 | Charming Shoppes Fashion Bug<br>POB 856021<br>Louisville, KY 40285<br><7100-00   General Unsecured § 726(a)(2)> | 420.40 | 420.40 | 0.00 | 420.40 | 10.09 |

Printed: 02/10/11 07:00 AM

## Claims Distribution Register

Page: 2

### Case: 05-70921   KESSLER, GEORGE L

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2 | 03/18/05 | 610 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,659.18 | 3,659.18 | 0.00 | 3,659.18 | 87.79 |
| 3U | 03/21/05 | 610 | LVNV Funding LLC assignee of Chase Bank<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 354.20 | 354.20 | 0.00 | 354.20 | 8.50 |
| 4 | 03/21/05 | 610 | Bank of America, N.A.<br>P.O. Box 2278<br>Norfolk, VA 23501<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,785.83 | 4,785.83 | 0.00 | 4,785.83 | 114.82 |
| 5 | 03/21/05 | 610 | Marshall Field<br>111 Boulder Industrial Dr.<br>Bridgeton, MO 63044<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 389.80 | 389.80 | 0.00 | 389.80 | 9.35 |
| 7 | 03/25/05 | 610 | eCAST Settlement Corporation<br>Discover Bank<br>P O Box 35480<br>Newark, NJ 07193<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,037.40 | 3,037.40 | 0.00 | 3,037.40 | 72.87 |
| 8 | 03/25/05 | 610 | eCAST Settlement Corporation<br>Discover Bank<br>P O Box 35480<br>Newark, NJ 07193<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,596.89 | 4,596.89 | 0.00 | 4,596.89 | 110.28 |
| 9 | 03/21/05 | 610 | Wells Fargo Financial Bank<br>Attn: Recovery Dept.<br>P.O. Box 5058<br>Sioux Falls, SD 57117<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 4,726.10 | 4,726.10 | 0.00 | 4,726.10 | 113.38 |
| 10 | 03/28/05 | 610 | US Bank Corp/ Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 3,362.55 | 3,362.55 | 0.00 | 3,362.55 | 80.67 |
| 11U | 03/31/05 | 610 | Hyundai Motor Finance Co<br>PO Box 20809<br>Fountain Valley, CA 92728<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1.00 | 1.00 | 0.00 | 1.00 | 0.02 |
| 12 | 03/31/05 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 478.91 | 478.91 | 0.00 | 478.91 | 11.49 |

Printed: 02/10/11 07:00 AM

## Claims Distribution Register

Page: 3

### Case:  05-70921    KESSLER, GEORGE L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 13 | 03/31/05 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111<br><7100-00   General Unsecured § 726(a)(2)> | 363.24 | 363.24 | 0.00 | 363.24 | 8.71 |
| 14 | 03/31/05 | 610 | World Financial Network National Bank<br>New York & Company,World Financial<br>Network National Bank,c/o Weinstein & Ri<br>Seattle, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 137.74 | 137.74 | 0.00 | 137.74 | 3.30 |
| 15 | 03/31/05 | 610 | World Financial Network National Bank<br>Lane Bryant Mail Order,World Financial<br>Network National Bank,c/o Weinstein & Ri<br>Seattle, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 298.65 | 298.65 | 0.00 | 298.65 | 7.16 |
| 16 | 03/31/05 | 610 | World Financial Network National Bank<br>Lane Bryant Retail,World Financial<br>Network National Bank,c/o Weinstein & Ri<br>Seattle, WA 98121<br><7100-00   General Unsecured § 726(a)(2)> | 230.50 | 230.50 | 0.00 | 230.50 | 5.53 |
| 17 | 03/31/05 | 610 | SMC<br>C/O Carson Pirie Scott<br>P.O. Box 19249<br>Sugar Land, TX 77496<br><7100-00   General Unsecured § 726(a)(2)> | 803.56 | 803.56 | 0.00 | 803.56 | 19.28 |
| 18 | 04/04/05 | 610 | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 4,015.77 | 4,015.77 | 0.00 | 4,015.77 | 96.34 |
| 19 | 04/07/05 | 610 | eCast Settlement Corp<br>POB 35480<br>Newark, NJ 07193<br><7100-00   General Unsecured § 726(a)(2)> | 2,716.79 | 2,716.79 | 0.00 | 2,716.79 | 65.18 |
| 20 | 04/08/05 | 610 | Kohl's Department Store<br>c/o Creditors Bankruptcy Service<br>POB 740933<br>Dallas, TX 74093-3<br><7100-00   General Unsecured § 726(a)(2)> | 1,727.56 | 1,727.56 | 0.00 | 1,727.56 | 41.45 |
| 21 | 04/14/05 | 610 | Chase Manhattan Bank U S A NA<br>c/o eCAST Settlement Corporation<br>P O Box 35480<br>Newark, NJ 07193<br><7100-00   General Unsecured § 726(a)(2)> | 5,760.68 | 5,760.68 | 0.00 | 5,760.68 | 138.20 |

Printed: 02/10/11 07:00 AM                    **Claims Distribution Register**                         Page: 4

### Case: 05-70921   KESSLER, GEORGE L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 22 | 04/14/05 | 610 | Chase Manhattan Bank U S A NA<br>c/o eCAST Settlement Corporation<br>P O Box 35480<br>Newark, NJ 07193<br><7100-00   General Unsecured § 726(a)(2)> | 4,406.78 | 4,406.78 | 0.00 | 4,406.78 | 105.72 |
| 23 | 04/25/05 | 610 | TCM Bank Visa<br>2701 N. Rocky PT Dr. Ste 660<br>Tampa, FL 33607<br><7100-00   General Unsecured § 726(a)(2)> | 3,168.61 | 3,168.61 | 0.00 | 3,168.61 | 76.02 |
| 24 | 05/02/05 | 610 | Portfolio Recovery Associates LLC.<br>Po Box 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 505.40 | 505.40 | 0.00 | 505.40 | 12.12 |
| 25 | 05/02/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 4,451.17 | 4,451.17 | 0.00 | 4,451.17 | 106.79 |
| 26 | 05/02/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 861.72 | 861.72 | 0.00 | 861.72 | 20.67 |
| 27 | 05/09/05 | 610 | Portfolio Recovery Associates LLC.<br>Po Box 41067<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 3,739.16 | 3,739.16 | 0.00 | 3,739.16 | 89.71 |
| 28 | 05/09/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 982.12 | 982.12 | 0.00 | 982.12 | 23.56 |
| 29 | 05/16/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 4,667.57 | 4,667.57 | 0.00 | 4,667.57 | 111.98 |
| 30 | 05/16/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 9,162.29 | 9,162.29 | 0.00 | 9,162.29 | 219.81 |
| 31 | 05/16/05 | 610 | Sherman Acquisition/Citibank<br>c/o Resurgent Capital Services<br>POB 10587<br>Greenville, SC 29603<br><7100-00   General Unsecured § 726(a)(2)> | 4,128.99 | 4,128.99 | 0.00 | 4,128.99 | 99.06 |

Printed: 02/10/11 07:00 AM

## Claims Distribution Register

Page: 5

### Case: 05-70921   KESSLER, GEORGE L

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 32 | 05/27/05 | 610 | eCast Settlement Corp<br>Household Bank (SB) NA,c/o Bass and Assoc PC,3936 E Ft Lowell Road, Suite 20<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 1,519.94 | 1,519.94 | 0.00 | 1,519.94 | 36.46 |
| 33 | 06/08/05 | 610 | Household Bank (SB), N.A.<br>eCast Settlement Corporation,c/o Bass & Associates, P.C.,3936 E Ft Lowell Rd, St<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)> | 1,023.20 | 1,023.20 | 0.00 | 1,023.20 | 24.55 |
| 34 | 06/16/05 | 610 | eCAST Settlement Corporation, assignee of<br>Metris Receivables, Inc./Direct,<br>Newark, NJ 07193-5480<br><7100-00   General Unsecured § 726(a)(2)> | 3,539.15 | 3,539.15 | 0.00 | 3,539.15 | 84.91 |
| 35 | 06/28/05 | 610 | Citibank USA, N.A.<br>DBA: Home Depot<br>P.O. Box 9025<br>Des Moines, IA 50368<br><7100-00   General Unsecured § 726(a)(2)> | 2,156.54 | 2,156.54 | 0.00 | 2,156.54 | 51.74 |
| 36 | 02/16/10 | 610 | TCM Bank NA<br>P O Box 31481<br>Tampa, FL 33631<br><7100-00   General Unsecured § 726(a)(2)> | 510.72 | 510.72 | 0.00 | 510.72 | 12.25 |
| 37 | 03/22/10 | 610 | GE Money Bank dba JCPenney<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 163.69 | 163.69 | 0.00 | 163.69 | 3.93 |
| 38 | 03/22/10 | 610 | GE Money Bank dba JCPenney<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)> | 1,923.86 | 1,923.86 | 0.00 | 1,923.86 | 46.15 |
| | | | Total for Priority 610:   2.39907% Paid | $88,777.66 | $88,777.66 | $0.00 | $88,777.66 | $2,129.84 |
| | | | Total for Unsecured Claims: | $88,777.66 | $88,777.66 | $0.00 | $88,777.66 | $2,129.84 |
| | | | Total for Case : | $114,667.74 | $90,648.78 | $0.00 | $90,648.78 | $4,000.96 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-70921
Case Name: KESSLER, GEORGE L
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 4,000.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | LVNV Funding LLC assignee of Chase Bank | 66.82 | 0.00 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank | 6,731.17 | 0.00 | 0.00 | 0.00 |
| 11S | Hyundai Motor Finance Co | 16,720.85 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,000.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 500.12 | 0.00 | 500.12 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,371.00 | 0.00 | 1,371.00 |

Total to be paid for chapter 7 administration expenses: $ 1,871.12
Remaining balance: $ 2,129.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,129.84

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,129.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,777.66 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Charming Shoppes Fashion Bug | 420.40 | 0.00 | 10.09 |
| 2 | ROUNDUP FUNDING, L.L.C. | 3,659.18 | 0.00 | 87.79 |
| 3U | LVNV Funding LLC assignee of Chase Bank | 354.20 | 0.00 | 8.50 |
| 4 | Bank of America, N.A. | 4,785.83 | 0.00 | 114.82 |
| 5 | Marshall Field | 389.80 | 0.00 | 9.35 |
| 7 | eCAST Settlement Corporation | 3,037.40 | 0.00 | 72.87 |
| 8 | eCAST Settlement Corporation | 4,596.89 | 0.00 | 110.28 |
| 9 | Wells Fargo Financial Bank | 4,726.10 | 0.00 | 113.38 |
| 10 | US Bank Corp/ Retail Payment Solutions | 3,362.55 | 0.00 | 80.67 |
| 11U | Hyundai Motor Finance Co | 1.00 | 0.00 | 0.02 |
| 12 | Roundup Funding, LLC | 478.91 | 0.00 | 11.49 |
| 13 | Roundup Funding, LLC | 363.24 | 0.00 | 8.71 |
| 14 | World Financial Network National Bank | 137.74 | 0.00 | 3.30 |
| 15 | World Financial Network National Bank | 298.65 | 0.00 | 7.16 |
| 16 | World Financial Network National Bank | 230.50 | 0.00 | 5.53 |
| 17 | SMC | 803.56 | 0.00 | 19.28 |
| 18 | American Express Centurion Bank | 4,015.77 | 0.00 | 96.34 |
| 19 | eCast Settlement Corp | 2,716.79 | 0.00 | 65.18 |
| 20 | Kohl's Department Store | 1,727.56 | 0.00 | 41.45 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 21 | Chase Manhattan Bank U S A NA | 5,760.68 | 0.00 | 138.20 |
| 22 | Chase Manhattan Bank U S A NA | 4,406.78 | 0.00 | 105.72 |
| 23 | TCM Bank Visa | 3,168.61 | 0.00 | 76.02 |
| 24 | Portfolio Recovery Associates LLC. | 505.40 | 0.00 | 12.12 |
| 25 | Sherman Acquisition/Citibank | 4,451.17 | 0.00 | 106.79 |
| 26 | Sherman Acquisition/Citibank | 861.72 | 0.00 | 20.67 |
| 27 | Portfolio Recovery Associates LLC. | 3,739.16 | 0.00 | 89.71 |
| 28 | Sherman Acquisition/Citibank | 982.12 | 0.00 | 23.56 |
| 29 | Sherman Acquisition/Citibank | 4,667.57 | 0.00 | 111.98 |
| 30 | Sherman Acquisition/Citibank | 9,162.29 | 0.00 | 219.81 |
| 31 | Sherman Acquisition/Citibank | 4,128.99 | 0.00 | 99.06 |
| 32 | eCast Settlement Corp | 1,519.94 | 0.00 | 36.46 |
| 33 | Household Bank (SB), N.A. | 1,023.20 | 0.00 | 24.55 |
| 34 | eCAST Settlement Corporation, assignee of | 3,539.15 | 0.00 | 84.91 |
| 35 | Citibank USA, N.A. | 2,156.54 | 0.00 | 51.74 |
| 36 | TCM Bank NA | 510.72 | 0.00 | 12.25 |
| 37 | GE Money Bank dba JCPenney | 163.69 | 0.00 | 3.93 |
| 38 | GE Money Bank dba JCPenney | 1,923.86 | 0.00 | 46.15 |

Total to be paid for timely general unsecured claims:   $   2,129.84
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**