# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KESSLER, GEORGE L　　　　　　　　§　Case No. 05-70921
　　　　KESSLER, MELANIE E　　　　　　 §
　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $340,150.00　　　　　　 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $2,129.84 | Claims Discharged Without Payment: $92,613.65 |
| Total Expenses of Administration: $1,871.12 | |

3) Total gross receipts of $　4,000.96　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $4,000.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**



RECEIVED JUL 15 2011 By

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $153,704.77 | $23,518.84 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,371.24 | 1,871.12 | 1,871.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 88,858.28 | 88,777.66 | 88,777.66 | 2,129.84 |
| **TOTAL DISBURSEMENTS** | $242,563.05 | $114,667.74 | $90,648.78 | $4,000.96 |

4) This case was originally filed under Chapter 7 on June 10, 2009. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2011    By: /s/JAMES E. STEVENS
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Hyundai Sana Fe vehicles and accessories. p | 1129-000 | 2,000.00 |
| 2000 Honda Civic possession | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | LVNV Funding LLC assignee of Chase Bank | 4210-000 | N/A | 66.82 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank | 4210-000 | N/A | 6,731.17 | 0.00 | 0.00 |
| 11S | Hyundai Motor Finance Co | 4210-000 | N/A | 16,720.85 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 7,706.70 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance Company | 4110-000 | 19,433.85 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Loans | 4110-000 | 126,564.22 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$153,704.77** | **$23,518.84** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

Document   Page 5 of 12

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,000.24 | 500.12 | 500.12 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,371.00 | 1,371.00 | 1,371.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,371.24 | 1,871.12 | 1,871.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Charming Shoppes Fashion Bug | 7100-000 | 368.62 | 420.40 | 420.40 | 10.09 |
| 2 | ROUNDUP FUNDING, L.L.C. | 7100-000 | N/A | 3,659.18 | 3,659.18 | 87.79 |
| 3U | LVNV Funding LLC assignee of Chase Bank | 7100-000 | N/A | 354.20 | 354.20 | 8.50 |
| 4 | Bank of America, N.A. | 7100-000 | 4,286.67 | 4,785.83 | 4,785.83 | 114.82 |
| 5 | Marshall Field | 7100-000 | 320.45 | 389.80 | 389.80 | 9.35 |
| 7 | Discover Financial Services | 7100-000 | 2,481.84 | 3,037.40 | 3,037.40 | 72.87 |
| 8 | eCAST Settlement Corporation | 7100-000 | 4,391.31 | 4,596.89 | 4,596.89 | 110.28 |
| 9 | Wells Fargo Financial Bank | 7100-000 | 7,929.11 | 4,726.10 | 4,726.10 | 113.38 |

UST Form 101-7-TDR (10/1/2010)

| # | Creditor | Code | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|---|
| 10 | US Bank Corp/ Retail Payment Solutions | 7100-000 | 6,180.07 | 3,362.55 | 3,362.55 | 80.67 |
| 11U | Hyundai Motor Finance Co | 7100-000 | N/A | 1.00 | 1.00 | 0.02 |
| 12 | Roundup Funding, LLC | 7100-000 | N/A | 478.91 | 478.91 | 11.49 |
| 13 | Roundup Funding, LLC | 7100-000 | 719.98 | 363.24 | 363.24 | 8.71 |
| 14 | World Financial Network National Bank | 7100-000 | N/A | 137.74 | 137.74 | 3.30 |
| 15 | World Financial Network National Bank | 7100-000 | N/A | 298.65 | 298.65 | 7.16 |
| 16 | World Financial Network National Bank | 7100-000 | 395.58 | 230.50 | 230.50 | 5.53 |
| 17 | SMC | 7100-000 | N/A | 803.56 | 803.56 | 19.28 |
| 18 | American Express Centurion Bank | 7100-000 | 3,559.56 | 4,015.77 | 4,015.77 | 96.34 |
| 19 | eCast Settlement Corp | 7100-000 | 2,610.00 | 2,716.79 | 2,716.79 | 65.18 |
| 20 | Kohl's Department Store | 7100-000 | 1,642.36 | 1,727.56 | 1,727.56 | 41.45 |
| 21 | Chase Manhattan Bank U S A NA | 7100-000 | 5,478.01 | 5,760.68 | 5,760.68 | 138.20 |
| 22 | Chase Manhattan Bank U S A NA | 7100-000 | N/A | 4,406.78 | 4,406.78 | 105.72 |
| 23 | TCM Bank Visa | 7100-000 | 6,253.31 | 3,168.61 | 3,168.61 | 76.02 |
| 24 | Portfolio Recovery Associates LLC. | 7100-000 | N/A | 505.40 | 505.40 | 12.12 |
| 25 | Sherman Acquisition/Citibank | 7100-000 | N/A | 4,451.17 | 4,451.17 | 106.79 |
| 26 | Sherman Acquisition/Citibank | 7100-000 | 2,478.49 | 861.72 | 861.72 | 20.67 |
| 27 | Portfolio Recovery Associates LLC. | 7100-000 | N/A | 3,739.16 | 3,739.16 | 89.71 |
| 28 | Sherman Acquisition/Citibank | 7100-000 | 2,124.31 | 982.12 | 982.12 | 23.56 |
| 29 | Sherman Acquisition/Citibank | 7100-000 | N/A | 4,667.57 | 4,667.57 | 111.98 |
| 30 | Sherman Acquisition/Citibank | 7100-000 | 8,391.41 | 9,162.29 | 9,162.29 | 219.81 |
| 31 | Sherman Acquisition/Citibank | 7100-000 | 4,049.96 | 4,128.99 | 4,128.99 | 99.06 |
| 32 | eCast Settlement Corp | 7100-000 | 1,399.17 | 1,519.94 | 1,519.94 | 36.46 |
| 33 | Household Bank (SB), N.A. | 7100-000 | N/A | 1,023.20 | 1,023.20 | 24.55 |
| 34 | eCAST Settlement Corporation, assignee of | 7100-000 | 7,216.22 | 3,539.15 | 3,539.15 | 84.91 |
| 35 | Citibank USA, N.A. | 7100-000 | 5,716.21 | 2,156.54 | 2,156.54 | 51.74 |
| 36 | TCM Bank NA | 7100-000 | 1,115.41 | 510.72 | 510.72 | 12.25 |
| 37 | GE Money Bank dba JCPenney | 7100-000 | N/A | 163.69 | 163.69 | 3.93 |
| 38 | GE Money Bank dba JCPenney | 7100-000 | 3,784.40 | 1,923.86 | 1,923.86 | 46.15 |
| NOTFILED | Allied Interstate, Inc o/b/o Wal-Mart | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Processing Center | 7100-000 | 1,976.97 | N/A | N/A | 0.00 |
| NOTFILED | Ventus Capital Services o/b/o Discover | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit, Inc. o/b/o American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card | 7100-000 | 3,988.86 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 88,858.28 | 88,777.66 | 88,777.66 | 2,129.84 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-70921 | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | KESSLER, GEORGE L | Filed (f) or Converted (c): | 06/10/09 (c) |
|  | KESSLER, MELANIE E | §341(a) Meeting Date: | 07/16/09 |
| Period Ending: | 07/05/11 | Claims Bar Date: | 04/27/10 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor(s) residence 30411119 W. Rolling Lane, -M | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account I accounts, certificates of , o | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | household goods g audio, video, and computer Deb | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | books, pictures, and art objects | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel 21 Doc 1 Filed 03/04/05 Entered | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | furs and jewelry Debtor(s) possession | 550.00 | 0.00 | DA | 0.00 | FA |
| 7 | firearms, sports equipment, bicycles, | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | 401K/Retirement fund pension or profit sharing p | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | 2003 Hyundai Sana Fe vehicles and accessories. p (See Footnote) | 19,000.00 | 2,000.00 | | 2,000.00 | FA |
| 10 | 2000 Honda Civic possession | 9,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 11 | Debtors Residence, obe1119 W. Rolling Lane, AdM | 158,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.96 | FA |
| 12 | Assets Totals (Excluding unknown values) | $359,150.00 | $4,000.00 | | $4,000.96 | $0.00 |

RE PROP# 9   Debtor pursuant to Order is to make 11 - $166.67 payments and one payment of $166.63 on June 15, 2011

---

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   May 31, 2011          Current Projected Date Of Final Report (TFR):   February 10, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-70921 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KESSLER, GEORGE L | | Bank Name: | The Bank of New York Mellon |
| | KESSLER, MELANIE E | | Account: | 9200-******33-65 - Money Market Account |
| Taxpayer ID #: | **-***4612 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | {9} | George and Melanie Kessler | payment on personal property | 1129-000 | 2,000.00 | | 2,000.00 |
| 04/21/10 | 1001 | George and Mealnie Kessler | monies returned to debtor<br>Voided on 06/07/10 | 1129-000 | -2,000.00 | | 0.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 0.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 0.17 |
| 06/07/10 | 1001 | George and Mealnie Kessler | monies returned to debtor<br>Voided: check issued on 04/21/10 | 1129-000 | 2,000.00 | | 2,000.17 |
| 06/17/10 | {10} | George and Melanie Kessler | payment on car | 1129-000 | 2,000.00 | | 4,000.17 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 4,000.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,000.57 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,000.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.84 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.87 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.90 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.93 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,000.96 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 4,000.96 |
| 02/10/11 | | To Account #9200******3366 | transfer to close money market account | 9999-000 | | 4,000.96 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 4,000.96 | 4,000.96 | $0.00 |
| | Less: Bank Transfers | 0.00 | 4,000.96 | |
| | Subtotal | 4,000.96 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $4,000.96 | $0.00 | |

{} Asset reference(s)

Printed: 07/05/2011 09:39 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-70921 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KESSLER, GEORGE L | | Bank Name: | The Bank of New York Mellon |
| | KESSLER, MELANIE E | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4612 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/10/11 | | From Account #9200******3365 | transfer to close money market account | 9999-000 | 4,000.96 | | 4,000.96 |
| 03/23/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,371.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,371.00 | 2,629.96 |
| 03/23/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $500.12, Trustee Compensation; Reference: | 2100-000 | | 500.12 | 2,129.84 |
| 03/23/11 | 103 | Charming Shoppes Fashion Bug | Dividend paid 2.39% on $420.40; Claim# 1; Filed: $420.40; Reference: | 7100-000 | | 10.09 | 2,119.75 |
| 03/23/11 | 104 | ROUNDUP FUNDING, L.L.C. | Dividend paid 2.39% on $3,659.18; Claim# 2; Filed: $3,659.18; Reference: | 7100-000 | | 87.79 | 2,031.96 |
| 03/23/11 | 105 | LVNV Funding LLC assignee of Chase Bank | Dividend paid 2.39% on $354.20; Claim# 3U; Filed: $354.20; Reference: | 7100-000 | | 8.50 | 2,023.46 |
| 03/23/11 | 106 | Bank of America, N.A. | Dividend paid 2.39% on $4,785.83; Claim# 4; Filed: $4,785.83; Reference: | 7100-000 | | 114.82 | 1,908.64 |
| 03/23/11 | 107 | Marshall Field | Dividend paid 2.39% on $389.80; Claim# 5; Filed: $389.80; Reference: | 7100-000 | | 9.35 | 1,899.29 |
| 03/23/11 | 108 | Wells Fargo Financial Bank | Dividend paid 2.39% on $4,726.10; Claim# 9; Filed: $4,726.10; Reference: | 7100-000 | | 113.38 | 1,785.91 |
| 03/23/11 | 109 | US Bank Corp/ Retail Payment Solutions | Dividend paid 2.39% on $3,362.55; Claim# 10; Filed: $3,362.55; Reference: | 7100-000 | | 80.67 | 1,705.24 |
| 03/23/11 | 110 | World Financial Network National Bank | Dividend paid 2.39% on $298.65; Claim# 15; Filed: $298.65; Reference: | 7100-000 | | 7.16 | 1,698.08 |
| 03/23/11 | 111 | World Financial Network National Bank | Dividend paid 2.39% on $230.50; Claim# 16; Filed: $230.50; Reference: | 7100-000 | | 5.53 | 1,692.55 |
| 03/23/11 | 112 | SMC | Dividend paid 2.39% on $803.56; Claim# 17; Filed: $803.56; Reference: | 7100-000 | | 19.28 | 1,673.27 |
| 03/23/11 | 113 | American Express Centurion Bank | Dividend paid 2.39% on $4,015.77; Claim# 18; Filed: $4,015.77; Reference: | 7100-000 | | 96.34 | 1,576.93 |
| 03/23/11 | 114 | eCast Settlement Corp | Dividend paid 2.39% on $2,716.79; Claim# 19; Filed: $2,716.79; Reference: | 7100-000 | | 65.18 | 1,511.75 |
| 03/23/11 | 115 | Kohl's Department Store | Dividend paid 2.39% on $1,727.56; Claim# 20; Filed: $1,727.56; Reference: | 7100-000 | | 41.45 | 1,470.30 |
| 03/23/11 | 116 | TCM Bank Visa | Dividend paid 2.39% on $3,168.61; Claim# 23; Filed: $3,168.61; Reference: | 7100-000 | | 76.02 | 1,394.28 |
| 03/23/11 | 117 | eCast Settlement Corp | Dividend paid 2.39% on $1,519.94; Claim# 32; Filed: $1,519.94; Reference: | 7100-000 | | 36.46 | 1,357.82 |
| 03/23/11 | 118 | Household Bank (SB), N.A. | Dividend paid 2.39% on $1,023.20; Claim# 33; Filed: $1,023.20; Reference: | 7100-000 | | 24.55 | 1,333.27 |
| 03/23/11 | 119 | eCAST Settlement Corporation, assignee of | Dividend paid 2.39% on $3,539.15; Claim# 34; Filed: $3,539.15; Reference: | 7100-000 | | 84.91 | 1,248.36 |

Subtotals : $4,000.96 $2,752.60

{} Asset reference(s)                                                                                     Printed: 07/05/2011 09:39 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-70921 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | KESSLER, GEORGE L | Bank Name: | The Bank of New York Mellon |
|  | KESSLER, MELANIE E | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4612 | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 07/05/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/23/11 | 120 | Citibank USA, N.A. | Dividend paid  2.39% on $2,156.54; Claim# 35; Filed: $2,156.54; Reference: | 7100-000 | | 51.74 | 1,196.62 |
| 03/23/11 | 121 | TCM Bank NA | Dividend paid  2.39% on $510.72; Claim# 36; Filed: $510.72; Reference: | 7100-000 | | 12.25 | 1,184.37 |
| 03/23/11 | 122 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.32 | 1,181.05 |
| | | | Dividend paid  2.39% on 3.30 $137.74; Claim# 14; Filed: $137.74 | 7100-000 | | | 1,181.05 |
| | | | Dividend paid  2.39% on 0.02 $1.00; Claim# 11U; Filed: $1.00 | 7100-000 | | | 1,181.05 |
| 03/23/11 | 123 | Chase Manhattan Bank U S A NA | Combined Check for Claims#21,22 | | | 243.92 | 937.13 |
| | | | Dividend paid  2.39% on 138.20 $5,760.68; Claim# 21; Filed: $5,760.68 | 7100-000 | | | 937.13 |
| | | | Dividend paid  2.39% on 105.72 $4,406.78; Claim# 22; Filed: $4,406.78 | 7100-000 | | | 937.13 |
| 03/23/11 | 124 | eCAST Settlement Corporation | Combined Check for Claims#7,8 | | | 183.15 | 753.98 |
| | | | Dividend paid  2.39% on 72.87 $3,037.40; Claim# 7; Filed: $3,037.40 | 7100-000 | | | 753.98 |
| | | | Dividend paid  2.39% on 110.28 $4,596.89; Claim# 8; Filed: $4,596.89 | 7100-000 | | | 753.98 |
| 03/23/11 | 125 | GE Money Bank dba JCPenney | Combined Check for Claims#37,38 | | | 50.08 | 703.90 |
| | | | Dividend paid  2.39% on 3.93 $163.69; Claim# 37; Filed: $163.69 | 7100-000 | | | 703.90 |
| | | | Dividend paid  2.39% on 46.15 $1,923.86; Claim# 38; Filed: $1,923.86 | 7100-000 | | | 703.90 |
| 03/23/11 | 126 | Portfolio Recovery Associates LLC. | Combined Check for Claims#24,27 | | | 101.83 | 602.07 |
| | | | Dividend paid  2.39% on 12.12 $505.40; Claim# 24; Filed: $505.40 | 7100-000 | | | 602.07 |
| | | | Dividend paid  2.39% on 89.71 $3,739.16; Claim# 27; Filed: $3,739.16 | 7100-000 | | | 602.07 |
| 03/23/11 | 127 | Roundup Funding, LLC | Combined Check for Claims#12,13 | | | 20.20 | 581.87 |

Subtotals :    $0.00    $666.49

{} Asset reference(s)    Printed: 07/05/2011 09:39 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-70921 | | Trustee: | JAMES E. STEVENS (330420) |
| Case Name: | KESSLER, GEORGE L | | Bank Name: | The Bank of New York Mellon |
| | KESSLER, MELANIE E | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4612 | | Blanket Bond: | $372,000.00 (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 2.39% on $478.91; Claim# 12; Filed: $478.91 | 11.49 | 7100-000 | | | 581.87 |
| | | | Dividend paid 2.39% on $363.24; Claim# 13; Filed: $363.24 | 8.71 | 7100-000 | | | 581.87 |
| 03/23/11 | 128 | Sherman Acquisition/Citibank | Combined Check for Claims#25,26,28,29,30,31 | | | | 581.87 | 0.00 |
| | | | Dividend paid 2.39% on $4,451.17; Claim# 25; Filed: $4,451.17 | 106.79 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.39% on $861.72; Claim# 26; Filed: $861.72 | 20.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.39% on $982.12; Claim# 28; Filed: $982.12 | 23.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.39% on $4,667.57; Claim# 29; Filed: $4,667.57 | 111.98 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.39% on $9,162.29; Claim# 30; Filed: $9,162.29 | 219.81 | 7100-000 | | | 0.00 |
| | | | Dividend paid 2.39% on $4,128.99; Claim# 31; Filed: $4,128.99 | 99.06 | 7100-000 | | | 0.00 |
| 04/26/11 | | eCAST Settlement Corporation | return of funds for Claim No. 7 | | 7100-001 | | -72.87 | 72.87 |
| 05/05/11 | 129 | Discover Financial Services | payment on Claim No. 7 filed by Discover Financial Services | | 7100-000 | | 72.87 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 4,000.96 | 4,000.96 | $0.00 |
| Less: Bank Transfers | 4,000.96 | 0.00 | |
| Subtotal | 0.00 | 4,000.96 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $4,000.96 | |

{} Asset reference(s)                                                                                       Printed: 07/05/2011 09:39 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 05-70921 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KESSLER, GEORGE L | | Bank Name: | The Bank of New York Mellon |
| | KESSLER, MELANIE E | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4612 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 07/05/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******33-65 | 4,000.96 | 0.00 | 0.00 |
| Checking # 9200-******33-66 | 0.00 | 4,000.96 | 0.00 |
| | $4,000.96 | $4,000.96 | $0.00 |

{} Asset reference(s)

Printed: 07/05/2011 09:39 AM    V.12.57